**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

JOSUE JOEL TISOY-DAVID,                       :
         Petitioner,                          :
                                         :
         v.                              :    No.    2:26-cv-2719
                                         :
J.L. JAMISON, _Warden, Federal Detention_ :
_Center, Philadelphia_; BRIAN MCSHANE,  :
_Acting Philadelphia Field Office Director,_  :
_ICE_; TODD LYONS, _Acting Director of_  :
_ICE_; MARKWAYNE MULLIN, _Secretary_  :
_of the Department of Homeland Security_;  :
U.S. DEPARTMENT OF HOMELAND  :
SECURITY; and TODD BLANCHE, _Acting_:
_Attorney General of the United States_;  :
         Respondents.                       :
_____

**O R D E R**

     **AND NOW,** this 28th day of April, 2026, upon consideration of Petitioner Josue Joel Tisoy-David's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, **IT IS ORDERED THAT**:

     1.     Petitioner SHALL promptly serve the Office of the United States Attorney by email at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

     2.     **No later than May 5, 2026**, Respondents SHALL file an expedited response to the Petition, along with any exhibits, copies of all relevant documents, and an index of exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and provide the related legal analysis and record evidence supporting the asserted statutory basis for detention.  The response shall also address whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

     3.     **No later than May 8, 2026**, Petitioner may file a reply to the response.  If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

     4.     Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

                                   BY THE COURT:

                                   _/s/ Joseph F. Leeson, Jr._
                                   JOSEPH F. LEESON, JR.
                                   United States District Judge