**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSUE JOEL TISOY-DAVID, | : |
| Petitioner, | : |
| | : |
| v. | :    No.    2:26-cv-2719 |
| | : |
| J.L. JAMISON, *Warden, Federal Detention* | : |
| *Center, Philadelphia*; BRIAN MCSHANE, | : |
| *Acting Philadelphia Field Office Director,* | : |
| *ICE*; TODD LYONS, *Acting Director of* | : |
| *ICE*; MARKWAYNE MULLIN, *Secretary* | : |
| *of the Department of Homeland Security*; | : |
| U.S. DEPARTMENT OF HOMELAND | : |
| SECURITY; and TODD BLANCHE, *Acting* | : |
| *Attorney General of the United States*; | : |
| Respondents. | : |

**O R D E R**

**AND NOW,** this 11th day of May, 2026, upon consideration of the Petition for Writ of

Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1; the Government's Response in

Opposition, ECF No. 4; and the lack of response thereto; **IT IS ORDERED THAT**:

1.      On or before **May 15, 2026**, the parties shall file supplemental information

regarding Petitioner's immigration and asylum status, including:

    a.  the details of the temporary protective order affecting Petitioner, including

        how long and to what extent Petitioner was granted temporary protective

        status;

    b.  the results of the Master's Hearing held on May 7, 2026 and to what extent

        this affects, or may affect, Petitioner's current status;

    c.  the status of Petitioner's pending asylum application, given the above;

051126

d.  whether, given the above, Petitioner is currently subject to *expedited* removal

proceedings, or any other removal proceedings; and

e.  to what extent any of this supplemental information affects, or may affect,

Petitioner's current status, immigration proceedings, and/or removal

proceedings, if any.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge